No. 91–476. TOLEN v. KENTUCKY. Cir. Ct. Ky., McCracken County. Certiorari denied.

No. 91–489. OMAHA INDIAN TRIBE v. AGRICULTURAL & INDUSTRIAL INVESTMENT CO. ET AL. C. A. 8th Cir. Certiorari denied.

No. 91–495. WORLDWIDE CHURCH OF GOD ET AL. v. MCNAIR. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 91–504. SOMERVILLE ET AL. v. NEW JERSEY. Sup. Ct. N. J. Certiorari denied.

No. 91–507. THOMPSON v. DISTRICT OF COLUMBIA ET AL. Ct. App. D. C. Certiorari denied.

No. 91–508. FAHNESTOCK & CO., INC. v. WALTMAN. C. A. 2d Cir. Certiorari denied.

No. 91–509. KEELS v. WAITES ET AL. Sup. Ct. S. C. Certiorari denied.

No. 91–514. SNYDER v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 91–516. WHITE v. UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 91–525. HANOVER v. RUCH. Sup. Ct. Tenn. Certiorari denied.

No. 91–526. VINCENT v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 91–541. MANES v. NEW MEXICO. Ct. App. N. M. Certiorari denied.

No. 91–557. FALKNER ET UX. v. RESOLUTION TRUST CORPORATION, AS RECEIVER FOR AMERIFIRST BANK, ET AL. C. A. 11th Cir. Certiorari denied.

No. 91–564. BUTCHER v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 91–566. UNDERWOOD v. UNITED STATES. C. A. 2d Cir. Certiorari denied.